UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARGELIO MENDEZ FUENTES, | Case No. 1:25-cv-1756 |
| Petitioner, | Hon. Robert J. Jonker<br>U.S. District Court Judge |
| v. | |
| KEVIN RAYCRAFT, Detroit Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities, | Hon. Ray Kent<br>U.S. Magistrate Judge |
| Respondents. | |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE**

This matter having come before the Court on the Stipulation to Extend Deadline to File Response; and the Court having reviewed the stipulation and being otherwise advised,

IT IS HEREBY ORDERED that the stipulation is GRANTED. Respondents shall file a response to the Petition on or before December 22, 2025.

Dated:  December 17, 2025            /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      U.S. District Court Judge